# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD O. FRANKLIN, | Case No. 3:15-cv-00381-MMD-VPC |
| Petitioner, | |
| v. | ORDER |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

This *pro se* habeas matter comes before the Court on petitioner's "Notice of Withdrawal of Habeas." (ECF No. 54). In the notice, petitioner indicates that he wishes to withdraw his appeal in this case and understands the legal consequences of doing so. As there is no notice of appeal on file in this case and no appeal by petitioner can be located in the Ninth Circuit Court of Appeals, the Court concludes petitioner's reference to his "appeal" is a reference to his 28 U.S.C. § 2254 petition in this case. The Court therefore construes petitioner's notice as a motion for voluntary dismissal of his habeas petition in this case. Respondents have not opposed the motion, and the time for doing so has expired.

Once the respondent has filed an answer, as respondents have done in this case, a petitioner may voluntarily dismiss his petition only by stipulation of the parties or pursuant to an order of the court. Fed. R. Civ. P. 41(a)(2). Because respondents have not opposed petitioner's voluntary dismissal, the Court sees no reason to deny petitioner's request to dismiss his petition. Accordingly, petitioner's motion for voluntary dismissal (ECF No. 54) will be granted.

In accordance with the foregoing, petitioner's motion for voluntary dismissal (ECF No. 54) is granted, and the petition for writ of habeas corpus in this case is dismissed.

It is further ordered that petitioner's motion for order compelling disclosure (ECF No. 52) is denied as moot.

It is further ordered that the Clerk of Court enter final judgment accordingly and close this case.

DATED THIS 30th day of July 2018.

	MIRANDA M. DU
	UNITED STATES DISTRICT JUDGE